| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Brenda Joyce Burney-Jackson |
| Debtor 2 | |
| United States Bankruptcy Court for the: Northern District of California (Oakland) | |
| Case number | 11-46310 |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** JP Morgan Chase Bank N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 9694

**Court claim no.** (if known):

**Date of payment change:** 07/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $4,029.74
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: 3.25%   New interest rate: 3.75%
Current principal and interest payment: $1,456.50   New principal and interest payment: $1,680.58

163044-ce6d968f-efb2-4e19-869d-f22b477cfc3f-

| Part 3: | Other Payment Change |

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:
☑  I am the creditor.
☐  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Olga Muyinda                                   Date  05/18/2016
  Vice President

Print: Olga Muyinda                                  Title  Vice President

Company   JPMorgan Chase Bank, N.A.                  Specific Contact Information:
Address   Chase Records Center  Attn: Correspondence Mail    Phone: 866-243-5851
          Mail Code LA4-5555  700 Kansas Lane        Email: olga.m.muyinda@jpmorgan.com
          Monroe, LA 71203

# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

Chapter 13 No. 11-46310

In re:  Judge: Judge Roger L. Efremsky

Brenda Joyce Burney-Jackson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served via filing with the US Bankruptcy Court's CM ECF system on May 20, 2016 and/or by providing a copy of this document to a vendor on May 20, 2016 for mailing the same day by U.S. Postal Service First Class Mail Postage Prepaid to:

| | |
|---|---|
| Debtor: | Brenda Joyce Burney-Jackson<br>6117 Old Quarry Loop<br>Oakland, CA 94605 |
| Debtor's Attorney: | Patrick L. Forte<br>Law Offices of Patrick L. Forte<br>1624 Franklin St. #911<br>Oakland, CA 94612 |
| Trustee: | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540 |

/s/ Olga Muyinda
Vice President

163044-ce6d968f-efb2-4e19-869d-f22b477cfc3f-



PO Box 183232
Columbus, OH 43218-3232

Chase
1-800-848-9136
1-800-582-0542 TTY

**If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.**

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.**



01108 ARC Z 11016 C -
BRENDA BURNEYJACKSON
6117 OLD QUARRY LOOP
OAKLAND CA 94605-3377

04/18/16

Dear BRENDA BURNEYJACKSON                                    Loan Number XXXXXX9694

**Changes to Your Mortgage Interest Rate and Payment on 07/01/16.**

Under the terms of your Adjustable-Rate Mortgage, you had a period during which your interest rate stayed the same. That period ended and your interest rate may change every 12 month(s) for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.25000% | 3.75000% |
| Principal | $0.00 | $0.00 |
| Interest | $1,456.50 | $1,680.58 |
| Escrow (Taxes and Insurance) | $2,349.16 | $2,349.16 *(Estimate)* |
| Other Amount(s) | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| **Total Monthly Payment** | $3,805.66 | $4,029.74 (due 07/01/16) |

**Interest Rate:** We calculated your interest rate by taking a published index rate and adding a certain number of percentage points, called the margin. Under your loan agreement, your index rate is the WALL STREET JOURNAL 1 YEAR LIBOR and your margin is 2.50000%. The WALL STREET JOURNAL 1 YEAR LIBOR is published every 1 day(s) in the following source: WWW.WSJ.COM.

Your new interest rate is based on the index value of 1.22080% published on 04/15/16.

**Rate Limit[s]:** Your rate cannot go higher than 9.87500% over the life of the loan. Your rate can increase each adjustment by no more than 2.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the amounts of your new interest rate, new monthly payment, and loan balance based on the assumption that all loan payments are current at the time of adjustment. Your new payment is based on the WALL STREET JOURNAL 1 YEAR LIBOR index, your margin, your loan balance of $537,784.28, and your remaining loan term of 252 months.

**01/TL31/IP**

**Interest-Only Payments:** Your new payment will not cover any principal. Therefore, making this payment will not reduce your loan balance.

**Warning about Increase in Your Loan Balance:** Your new payment may cover only part of the interest and no principal. Therefore, the unpaid interest may add to the balance of the loan. In order to fully pay off your loan by the end of the loan term at the new interest rate, you would have to pay $3,086.68 per month (The figure calculated is based on a Principal & Interest amount and does not include any escrow and/or other amounts you have agreed to pay).

**Next Scheduled Loan Changes:** Your next scheduled payment review date is 04/17/17. Any new payment amount will be due for the first time on 07/01/17.

Since your last adjustment notice, the interest rate on your mortgage loan has been adjusted on the following dates:

| REFLECTED IN PAYMENT DUE ON | INTEREST RATE | INDEX RATE USED |
|---|---|---|
| 07/01/15 | 3.25000% | 0.69140% |

We appreciate your business. If you have any questions, please contact one of our Customer Service Professionals at one of the telephone numbers listed below.

Sincerely,

Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com

*Exclusive and separate address for Qualified Written Requests, Notices of Error, and Information Requests:*
Chase
P.O. Box 183166
Columbus, OH 43218-3166